# Exhibit B



Codiciado
Pionero en la evolución de los corridos tradicionales a corridos urbanos; así como de la vestimenta y joyería en la música mexicana. ...more ...more


Ticketmaster
https://www.ticketmaster.com › Concerts › Latin

**Codiciado Tickets, 2025 Concert Tour Dates**
**Codiciado is a regional Mexican music** artist who achieved recognition with Banda La Fantástica in Los Angeles and as the co-founder of Grupo Codiciado in 2015.
4.8 ★★★★★ (43)

## Short videos

   

Codiciado - Ando Enfocado:... — TikTok · codiciadoo...
Corridos de Grupo Codiciado: Músi... — TikTok · g_bormusic
Grupo Codiciado - V.A.M.C. (Video... — TikTok · codiciadoo...
Grupo Codiciado - El Vago... — YouTube · Musica ...

More short videos

YouTube · Codiciado
24.4M+ views · 6 months ago

**TE LO DIJE (Video Oficial) - Codiciado, Grupo Firme**

 TE LO DIJE (Video Oficial) - **Codiciado, Grupo Firme** Escucha TE LO DIJE aquí: https://ada.lnk.to/TeLoDije Follow Codiciado ➤Instagram ...
3:19

YouTube · Codiciado
5.1M+ views · 2 years ago

**Codiciado - Golpes De La Vida (Official Video)**

 **Grupo Codiciado** - Bipolar - (Video Oficial) 2020 · Codiciado, Zaramay - Vida Loca (Official Video) · Adriel Favela- "CUANDO LOS NECESITE" (Video ...
4:33

YouTube · Codiciado
32M+ views · 10 months ago

**V.A.M.C. "Vamos Aclarando Muchas Cosas" (Video Oficial ...**

 **grupo codiciado** ❌ mix corridos de coleccion 2022-codiloco puros corridasos. RmRecordz · 386K views ; Codiciado, Zaramay - Vida Loca (Official ...
3:12

YouTube · Codiciado
2.1M+ views · 5 months ago

**DESPRECIADO (Video Oficial) - Codiciado**

 **DESPRECIADO (Video Oficial) - Codiciado** Escucha DESPRECIADO AQUÍ: ADA.lnk.to/Despreciado Follow Codiciado ➤Instagram → / codiciadooficial ...
3:29

Billboard
https://www.billboard.com › musica · Translate this page

**Codiciado perdió su visa — y replanteó completamente su ...**
Sep 12, 2024 — **Codiciado, el cantautor mexicano de corridos** que tuvo problemas tras la pérdida de su visa, habla con Billboard sobre el renacimiento de su ...

## Albums

    

No Lo Intenten En Casa — 2019
Si Lo Digo Es Porque Puedo — 2016
Golpes De La Vida — 2023
Miro Lo Que Otros No Miran — 2018
Regresando Al Pasado — 2021
La Verdad — 2020

## Events

Jun 1 — Napa, CA
Sun 12:00 AM · Napa Valley Expo
Bandsintown
Visit site

## People also search for

Grupo codiciado **songs**
Grupo Codiciado **net worth**
Grupo codiciado **wikipedia**
Grupo codiciado **- paso a paso**



Grupo Codiciado **New song**

Grupo Codiciado **videos**

## Goooooooooogle

1  **2**  3  4  5  6  7  8  9  10       Next

Results are not personalized

**Hacienda Heights, California** - From your IP address - Update location

Help   Send feedback   Privacy   Terms