# Exhibit D

9:23   5G+

< LOSCODICIA2OFICIAL
**Posts**

**ranchohumilde** and **loscodicia2oficial**
♫ ranchohumilde · Original audio

LOS CODICIADOS
**CAMBIO DE OFICIO**

♡ 734   💬 16   ⬹ 15