# Exhibit F



## Alexis Aguirre.8
You watched

Ya Disponible 🔥 @Rancho Humilde @ LOS CODICIA2



♡ 114     💬 2     ↗ 0