UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-01445-SSS-DTBx | Date | June 20, 2025 |
|---|---|---|---|
| Title | *Erick De Jesus Aragon Alcantar v. Rancho Humilde Entertainment, LLC et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE [DKT. 26]**

Before the Court is an Ex Parte Application for Temporary Restraining Order ("Application") filed by Plaintiff Erick De Jesus Aragon Alcantar. [Dkt. 26]. For the reasons articulated below, the Court **DENIES** the Application **WITHOUT PREJUDICE**. [*Id.*].

Local Rule 7-19.1 requires an attorney moving for ex parte relief to advise counsel for all other parties of the substance of a proposed ex parte application and to advise the Court in writing and under oath of efforts to contact other counsel and whether other counsel opposes the application. Here, Alcantar only states in his notice of motion he provided notice to Defendant's counsel by e-mail. [Dkt. 26 at 5]. He does not attest under oath of his efforts to contact Defense counsel, if he provided Defense counsel the substance of the Application, or if Defendants indicated they will oppose. [*See id.*]. Thus, Alcantar failed to comply with notice requirements.

Without notice, the Court can only grant the Application with an affidavit or verified complaint clearly showing immediate and irreparable injury to Alcantar will occur before Defendants can be heard in opposition. Fed. R. Civ. P. 65(b)(1).

Alcantar has similarly failed to provide these required facts.  Accordingly, the Court **DENIES** Alcantar's Application **WITHOUT PREJUDICE**.[1]  [Dkt. 26].

       **IT IS SO ORDERED.**

---

[1] The Court additionally notes, on the current record, it is somewhat unpersuaded Alcantar has provided sufficient facts to warrant such extraordinary relief.  The sole basis for Alcantar's conclusion Defendants will release his song imminently is a social media post Defendants have since taken down.  [Dkt. 26 at 11].  The post is also in Spanish,  provided to the Court without any English translation.  [*Id*. at Ex. A].  Further, Alcantar does not explain the extent of his and Defendants "prior business relationship," [*id*. at 11], or make clear how the "current regulatory climate in Mexico" could subject Alcantar to harm, [*id*. at 15].