NATHAN B. CAMUTI (SBN 300568)
nate@camutilaw.com
ANDREW R. COWAN (SBN 356310)
andrew@camutilaw.com
CAMUTI LAW GROUP, APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DE JESUS ARAGON ALCANTAR;<br><br>　　　　Plaintiff,<br>v.<br>RANCHO HUMILDE ENTERTAINMENT, LLC, et al.;<br><br>　　　　Defendants. | Case No. 5:25-cv-01445-SSS (DTBx)<br><br>**VOLUNTARY DISMISSAL OF DEFENDANTS ALEXIS AGUIRRE, IVAN RAMIREZ, AND GIOVANNI RODRIGUEZ MEZA**<br><br>Date: 10/31/2025<br>Hon. Sunshine S. Sykes<br>Courtroom 2 |

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ALEXIS AGUIRRE, IVAN RAMIREZ, AND GIOVANNI RODRIGUEZ MEZA

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Erick de Jesus Aragon Alcantar voluntarily dismisses without prejudice the above-entitled action against Defendants Alexis Aguirre, Ivan Ramirez, and Giovanni Rodriguez Meza. This Notice of Dismissal is being filed with the Court before service by these Defendants of either an answer or a motion for summary judgment. This Notice of Dismissal pertains only to the Defendants named herein. All other Defendants are still parties to this case.

Dated: October 31, 2025

By: /s/ Andrew Robert Cowan
Andrew R. Cowan, Esq.
andrew@camutilaw.com
CAMUTI LAW GROUP APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am employed by Camuti Law Group APC in the County of Orange, State of California. I am over the age of 18 and not a party to this action. My current business address is 33 Brookline, Aliso Viejo, CA 92656. I am a member of the bar of this court.

On October 31, 2025, I served the foregoing document described as:
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
on the interested parties in this action by filing the document with the Court's CM/ECF system, and sending the foregoing document via First Class Mail to the following parties at their last known address:

Roque Venegas
16126 Lisco St
Whittier, CA 90603

Jaime (Jimmy) Humilde
7730 Brookmill Rd
Downey, CA 90241

Plaintiff's counsel has not received indication whether any of the Defendants are represented by U.S.-based counsel in this matter. Plaintiff has not been able to determine a United States address for Defendant Alexis Aguirre, Defendant Ivan Ramirez, or Defendant Giovanni Rodriguez Meza. Defendant Alexis Aguirre, Defendant Ivan Ramirez, and Defendant Giovanni Rodriguez Meza were served with the above-referenced document via email to these Defendants' last known point of contact, attorney Daniel S. Tirado of Tijuana, Mexico, which was sent to the following email address:

1  dstirado@bertbafeli.com

2

3  Defendant Rancho Humilde Entertainment, LLC and Defendant Jose (JB) Becerra
4  are currently in default after failing to appear in this action. Because Defendant
5  Rancho Humilde Entertainment, LLC and Defendant Jose (JB) Becerra are
6  currently in default, these Defendants do not require service of this Notice of
7  Voluntary Dismissal per Fed. R. Civ. P. 5(a)(2).

8

9  Executed on October 31, 2025, at Hacienda Heights, California.

10

11  I declare under penalty of perjury under the laws of the United States of America
12  and the State of California that the foregoing is true and correct.

13

14  Dated: October 31, 2025                By: /Andrew Robert Cowan/
15                                              Andrew R. Cowan, Esq.