# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erick de Jesus Aragon Alcantar; <br><br> Plaintiff, <br><br> v. <br><br> Rancho Humilde Entertainment, LLC, et al.; <br><br> Defendants. | Case No.: 5:25-cv-01445 SSS (DTBx) <br><br> **[PROPOSED] ORDER ENTERING THE STIPULATED PROTECTIVE ORDER** <br><br> **DISCOVERY MATTER** |

## STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation by the parties to this Action, GOOD CAUSE APPEARING, the Court hereby approves the accompanying Stipulated Protective Order.

SO, ORDERED.

_____

Magistrate Judge David T. Bristow

Dated: April 16, 2026

[PROPOSED] ORDER ENTERING THE STIPULATED PROTECTIVE ORDER