UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERICK DE JESUS ARAGON ALCANTAR, an individual,

Plaintiff,

v.

RANCHO HUMILDE ENTERTAINMENT, LLC, *et al.*,

Defendants.

Case No. 5:25-cv-01445 SSS (DTBx)

**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES [Dkt. #76]**

**NOTE CHANGE MADE BY COURT**

On July 21, 2026, Plaintiff Erick De Jesus Aragon Alcantar ("**Alcantar**" or "**Plaintiff**") and Defendants/Counterclaimants Rancho Humilde Entertainment, LLC, Roque Venegas, Jaime (Jimmy) Humilde, and Jose (JB) Becerra (collectively, "**Defendants**) filed a Stipulation to Continue Trial and Pretrial Dates [Dkt. #76].

The Parties have requested a continuance of the trial date and all remaining pretrial dates and deadlines of approximately six months, including to afford sufficient time to complete discovery.

The Court, having considered the Parties' Stipulation to Continue the Schedule of Pretrial and Trial Dates and finding good cause, hereby GRANTS the Stipulation to Continue the Schedule of Pretrial and Trial Dates. The new deadlines are set forth in the Scheduling Order chart filed with this Order.

All deadlines established by the prior Civil Trial Order [Dkt. #59] are hereby **VACATED.**

**IT IS SO ORDERED.**

Dated: July 24, 2026

SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| | | | |
|---|---|---|---|
| **Case No.: 5:25-cv-01445 SSS** | **Case Name:** | *Erick De Jesus Aragon Alcantar* | *v. Rancho Humilde Entertainment, LLC, et al.* |

| **Trial and Final Pretrial Conference Dates**<br>**Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | **Original Date** | **Time Computation[1]** | **Amended Date** |
|---|---|---|---|
| Trial | March 22, 2027, at 9:00 a.m. | **Monday at 9:00 a.m.** | September 20, 2027, at 9:00 a.m. |
| | ☒ Jury Trial<br>☐ Bench Trial<br>Estimated Duration: 3 Days | | ☒ Jury Trial<br>☐ Bench Trial<br>Estimated Duration: 3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | March 5, 2027, at 1:00 p.m. | **Friday at 1:00pm at least 17 days before trial** | September 3, 2027, at 1:00 p.m. |
| **Event**<br>**Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties | March 6, 2026 | **6 weeks after Scheduling Conference** | N/A |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | August 28, 2026 | **27 weeks before FPTC** | February 26, 2027 |
| Expert Disclosure (Initial) | September 4, 2026 | **26 weeks before FPTC** | March 5, 2027 |
| Expert Disclosure (Rebuttal) | September 18, 2026 | **24 weeks before FPTC** | March 19, 2027 |
| Expert Discovery Cut-Off | October 2, 2026 | **22 weeks before FPTC** | April 2, 2027 |
| Last Date to Hear Motions<br>• Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing.<br>• Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | December 18, 2026 | **11 weeks before FPTC** | June 11, 2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | January 8, 2027 | **8 weeks before FPTC** | July 9, 2027 |
| | ☐ 1. Magistrate Judge<br>☒ 2. Court Mediation Panel | | ☐ 1. Magistrate Judge<br>☒ 2. Court Mediation Panel |

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| | | | |
|---|---|---|---|
| | ☐ 3. Private Mediation | | ☐ 3. Private Mediation |
| Deadline to File Motions in Limine | January 22, 2027 | **6 weeks before FPTC** | July 23, 2027 |
| Deadline for Oppositions to Motions in Limine | February 5, 2027 | **4 weeks before FPTC** | August 6, 2027 |
| <u>Trial Filings</u><br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | February 19, 2027 | **2 weeks before FPTC** | August 20, 2027 |
| Hearing on Motions in Limine | February 26, 2027 | **1 week before FPTC** | August 27, 2027 |